ORIGINAL

AO 240 (Rev. 1/00)
DELAWARE (Rev. 1/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

*Charles P. Jones*
Plaintiff

*See (6) defendants on Complaint*
Defendant(s)

I, *Charles P. Jones*,

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06  129

declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

FILED
FEB 27 2006
US DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration *Delaware Corr. Center*

    **Inmate Identification Number (Required):** *SBI # 00228197*

    Are you employed at the institution? *Yes* Do you receive any payment from the institution? *Yes*

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed? ☒ Yes ☐ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *$20 per month; O.C.C. 1181 Paddock Rd. Smyrna, DE. 19977*

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | | ☒ |
    | b. | Rent payments, interest or dividends | | ☒ |
    | c. | Pensions, annuities or life insurance payments | | ☒ |
    | d. | Disability or workers compensation payments | | ☒ |
    | e. | Gifts or inheritances | ☒ | |
    | f. | Any other sources | | ☒ |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. *I have received a few gifts from family but I do not expect to receive anymore. (Institution Inmate Account Sheet Attached)*

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  ✓ No

   If "Yes" state the total amount $ —0—

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes  ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   *none*

I declare under penalty of perjury that the above information is true and correct.

2-19-06
DATE                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORIGINAL

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 129

TO: Charles Jones  SBI#: 228197

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 10, 2006

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
August 1, 2005 to January 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 36.02 |
| Sept | 22.53 |
| Oct | 2.52 |
| Nov | 6.09 |
| Dec | 15.23 |
| Jan | 12.00 |

Average daily balances/6 months: 15.84

Attachments
CC: File

Stacy Shane
2/10/06

Notary Public
2/14/06

# Individual Statement

Date Printed: 2/10/2006

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.48 |
|---|---|---|---|---|---|---|
| 00228197 | Jones | Charles | | | | |
| Current Location: | C | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/2/2005 | ($29.94) | $0.00 | $0.00 | $40.54 | 138790 | | | |
| Canteen | 8/17/2005 | ($29.05) | $0.00 | $0.00 | $11.49 | 145503 | | | |
| Mail | 8/24/2005 | $40.00 | $0.00 | $0.00 | $51.49 | 148885 | 12844976 | | G JONES |
| Canteen | 8/30/2005 | ($27.23) | $0.00 | $0.00 | $24.26 | 150349 | | | |
| | | | | Ending Mth Balance: | $24.26 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 2/10/2006

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | |
|---|---|---|---|---|---|---|---|
| 00228197 | Jones | Charles | | | $24.26 | | |

Current Location: C   Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 9/1/2005 | $2.88 | $0.00 | $0.00 | $27.14 | 152368 | | MHU 7/24-8/23 | |
| Canteen | 9/13/2005 | ($14.88) | $0.00 | $0.00 | $12.26 | 156795 | | REFUND | |
| Canteen | 9/15/2005 | $14.88 | $0.00 | $0.00 | $27.14 | 158346 | | | |
| Canteen | 9/27/2005 | ($27.12) | $0.00 | $0.00 | $0.02 | 162266 | | | |

Ending Mth Balance: **$0.02**

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 2/10/2006

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.02 |
|---|---|---|---|---|---|---|
| 00228197 | Jones | Charles | | | | |

Current Location: C

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/3/2005 | $9.60 | $0.00 | $0.00 | $9.62 | 164661 | | | |
| Canteen | 10/11/2005 | ($9.56) | $0.00 | $0.00 | $0.06 | 169509 | | MHU 8/24-9/23 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($4.43) | $0.06 | 172272 | | | DST/POSTAGE |

Ending Mth Balance: $0.06

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 2/10/2006

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.06 |
|---|---|---|---|---|---|---|
| 00228197 | Jones | Charles | | | | |

Current Location: C

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/11/2005 | ($0.06) | $0.00 | ($4.37) | $0.00 | 183332 | | | |
| Mail | 11/23/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 188035 | 4744833979 | DST/POSTAGE | G. JONES |

Ending Mth Balance: $25.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 2/10/2006

## For Month of December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $25.00 | |
|---|---|---|---|---|---|---|---|
| 00228197 | Jones | Charles | | | | | |

Current Location:  C

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2005 | ($20.57) | $0.00 | $0.00 | $4.43 | 191730 | | | |
| Misc | 12/14/2005 | $16.34 | $0.00 | $0.00 | $20.77 | 195269 | | GRIEVANCE REIMBU | |
| Canteen | 12/29/2005 | ($16.35) | $0.00 | $0.00 | $4.42 | 201156 | | | |
| Supplies-MailP | 12/29/2005 | ($4.37) | $0.00 | $0.00 | $0.05 | 201941 | | DST/POSTAGE | |

Ending Mth Balance: $0.05

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 2/10/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.05 |
|---|---|---|---|---|---|---|
| 00228197 | Jones | Charles | | | | |
| Current Location: | C | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/13/2006 | $50.00 | $0.00 | $0.00 | $50.05 | 208006 | | | R. WARNER |
| Mail | 1/19/2006 | $100.00 | $0.00 | $0.00 | $150.05 | 211173 | | | A.VISE |
| Pay-To | 1/19/2006 | ($100.00) | $0.00 | $0.00 | $50.05 | 211377 | 0507598200 | FAME EDWARDS | |
| Pay-To | 1/19/2006 | ($40.00) | $0.00 | $0.00 | $10.05 | 211381 | 4777691267 | FAME EDWARDS | |
| Canteen | 1/26/2006 | ($9.94) | $0.00 | $0.00 | $0.11 | 213675 | | | |

Ending Mth Balance: $0.11

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00