In the United States District Court
For the District of Delaware

Charles P. Jones
    Plaintiff

    v.

1.
2. Thomas Carroll, Warden
3. David Pierce, Deputy Warden
4. David Holeman, Major; Security Chief
5. Alisha Profaci, Staff Lt.
6. Peter Forbes, Lt.
   Joe Pomella, C/O
    Defendants

06 129

Civil Action No. _____



FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Appointment Of Counsel

Comes now, The Plaintiff, Charles P. Jones, Pro-Se and moves this Honorable Court for Appointment of Counsel, to represent Plaintiff.

In Support of this Motion Plaintiff states that the following is true and correct, to the best of his knowledge and belief:

1.
2. Plaintiff is incarcerated.
   The administration at the Delaware Correctional Center where the Plaintiff is held limits the days and times that Plaintiff is allowed access to the Law Library.

3. Plaintiff is unskilled and ignorant in the law.

4. Knowing that there will be testimony from witnesses, and expert testimony, which will put the Pro-se Litigant at a considerable disadvantage.

5. Appointment of Counsel would serve "The best interests of justice" in this case.

Wherefore, Plaintiff prays this Honorable Court appoint Counsel to Represent the Plaintiff.

2-19-2006
Date

Respectfully Submitted,
Charles P Jones
_Charles P Jones_
Delaware Corr. Center
1181 Paddock Rd.
Smyrna, Delaware
19977



I/M Charles P. Jones
SBI# 00289 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington De. 19801