In the United States District Court
for the District of Delaware

Charles P. Jones
    Plaintiff,
  vs.
Warden Thomas Carroll,
Deputy Warden David Pierce,
Major; Security Chief David
Holeman, Staff Lt. Alisha
Profaci, Lt. Peter Forbes,
C/o Joe Pernella
    Defendants

Civil Action NO:
06-129-KAJ

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Authorization

I, Charles P. Jones, SBI#00228197 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.62 and the subsequent payments pursuant to 28 U.S.C. §1915(b.) and required by the Court's order dated March 9, 2006.

This authorization is furnished to the Clerk of Court in connection with filing of a Civil Action, and I understand that the filing fee for the Complaint is $250.00. I also understand that the entire filing

1 of 2

fee may be deducted from my Trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March 18, 2006

_____
Signature of Plaintiff

2 of 7





Charles P. Jones
#228197
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, De. 19801