Charles P. Jones
  Plaintiff
  vs.
Thomas Carroll, Warden
David Pierce, Deputy Warden
David Holeman, Major; Security Chief
Alisha Profaci, Staff Lt.
Peter Forbes, Lt.
Joe Pomella, C/O
  Defendants

Civil Action No. 06-129-KAJ

April 18, 2006

RE: Request for Copy of Docket;

FILED
APR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BDScanned

Dear Clerk,

May you please forward me a copy of my docket sheet(s) concerning the above civil action no. May you please let me know as to what the status to my motion for request of counsel stands at this present time. Thank you in advance for taking the time to read this request and helping me in this matter.

Sincerely,
Charles P. Jones

I/M Charles P. Jones
SBI# 00228197 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

Clerk of Delaware District Court
Lockbox 18
844 N. King Street
Wilmington De. 19801