OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 21, 2006

TO: Charles P. Jones
    SBI# 00228197
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Status Letter; 06-129(KAJ)*

Dear Mr. Jones:

    This office received a letter from you requesting the status of case 06-129. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheet

(7)

Charles P. Jones
      Plaintiff
  vs.
Thomas Carroll, Warden
David Pierce, Deputy Warden
David Holeman, Major; Security Chief
Alisha Profaci, Staff Lt.
Peter Forbes, Lt.
Joe Pomella, C/O
      Defendants       Civil Action No. 06-129-KAJ

April 18, 2006

RE: Request for Copy of Docket;

FILED
APR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Dear Clerk,

    May you please forward me a copy of my docket sheet(s) concerning the above civil action no. May you please let me know as to what the status to my motion for request of counsel stands at this present time. Thank you in advance for taking the time to read this request and helping me in this matter.

                          Sincerely,

                          [signature]