Charles P. Jones
#228197
DCC
1181 Paddock RD
Smyrna, De. 19977

Civil Action no.
06-129-KAJ

TO: Peter T. Dalleo, Clerk.
U.S. Court House
Wilmington, De. 19801

FILED
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Notice of Availability of a U.S. Magistrate Judge to exercise Jurisdiction (etc.) Entered 3-22-06; never Recieved.

4-25-06

Dear Clerk,

I am writing because I see an entry on line 5 of my docket sheet for a notice entered on 3-22-06 and I have not recieved a copy of this notice and I do not know if this is something that I was suposed to respond to, may you please forward me a copy of this notice so that I may respond if I must and have for my records.

I would like to know what I must do to request a Jury Trial in my Civil Action because that is what I wanted. Thank you in advance for taking the time to read this letter and helping me in this matter.

Sincerely,
Charles P. Jones

I never requested for my case to be heard by a Magistrate Judge nor do I wish to have my case heard in Magistrate. I would like to have my case heard by a District Court Judge with a Jury Trial.

Thank You

IM: Charles P. Jones
SBI# 00228192 UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 APR 2006 PM 3 L

U.S.M.S.
X-RAY

Clerk of Court
Lockbox 18
844 N. King Street
Wilmington, Dee
19801