OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 28, 2006

TO: Charles P. Jones
    SBI# 00228197
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Request for Magistrate Consent Form; 06-129(KAJ)*

Dear Mr. Jones:

This office received a letter from you on 4/27/06 requesting a magistrate consent form in case 06-129. Enclosed please find the above referenced form.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Magistrate Consent Form