TO  Peter T. Dalleo, Clerk
    Lock Box 18
    844 King Street
    Wilmington, De. 19801

Charles P. Jones                     Case No. 06-129-KAJ
00228197
OCC
Smyrna, De, 19977

                                     **FILED**
                                     MAY -5 2006
                                     U.S. DISTRICT COURT
                                     DISTRICT OF DELAWARE

                4-30-06              BD scanned

Dear Clerk,
    I am confused as to what is going on in the above case because I did not and do not want my case heard in a magistrate court. I had requested and still wish to have a <u>Jury Trial</u> in front of a district court judge. May you please notify me as to why and how is my case being sent to a magistrate court because I hadn't received nor did I sign any forms requesting magistrate court. Thank you in advance for taking the time to read this letter and helping me in this matter.

cc: file
The Honorable Kent A. Jordan

Sincerely,

[signature]

Charles P. Jones

P.S.

Mr. Oalleo please forgive me if I am being a problem but I am only trying to exercise my rights and I am ignorant to the law but I am trying to learn so that I may protect my rights. I have also returned these 2 letters sent by you because I see that one says "Magistrate Consent Form" and there was no form in it.

2 of 2

I/M Charles P. Jones
SBI# 00228197 UNIT T2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

WILMINGTON DE 197
04 MAY 2006 PM 3 T

Peter T. Dalleo, Clerk
Lockbox 18
844 King Street
Wilmington, Delaware
19801

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 28, 2006

TO: Charles P. Jones
SBI# 00228197
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Request for Magistrate Consent Form; 06-129(KAJ)*

Dear Mr. Jones:

This office received a letter from you on 4/27/06 requesting a magistrate consent form in case 06-129. Enclosed please find the above referenced form.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Magistrate Consent Form

Charles P. Jones
SBI# 00228197
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Other Documents**
1:06-cv-00129-KAJ Jones v. Carroll et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from cas, entered on 4/28/2006 at 11:06 AM EDT and filed on 4/28/2006
**Case Name:** Jones v. Carroll et al
**Case Number:** 1:06-cv-129
**Filer:**
**Document Number:** 10

**Docket Text:**
Letter to Charles P. Jones from Clerk's office regarding response to request for magistrate consent form. (cas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/28/2006] [FileNumber=206129-0]
[6878f8628296a26742964bc1262a8f96dedbf92c7c2b1c6e0af4cb5256a2eea66d35
4e5a9ebd230a7cf494922b54b4a16fac1df0baff01dc5350760a426d3c92]]

**1:06-cv-129 Notice will be electronically mailed to:**

**1:06-cv-129 Notice will be delivered by other means to:**

Charles P. Jones
SBI# 00228197
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

I/M Charles P. Jones
SBI# 00228192 UNIT JR
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 MAY 2006 PM 3 T

U.S.M.S.
X-RAY

Peter T. Dalleo, Clerk
Lockbox 18
844 King Street
Wilmington, Delaware
19801