ORIGINAL

TO: The Honorable Kent A. Jordan
District Court of Delaware
Wilmington, De. 19801

From: Charles P. Jones
#00228197
DCC
Smyrna, De. 19977

RE: Jurisdiction of Case and Permission to Amend Case;
Case no. 06-129-KAJ

FILED
MAY - 9 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4-30-06

Dear Honorable Kent A Jordan,

I am writing to you because I have written to the Clerk about never receiving Magistrate Consent Form because I do not wish to have my case heard in Magistrate Court. I wish to have a Jury Trial in front of a District Court Judge.

I would also like to respectfully request if your Honor may please grant me permission to amend the above complaint by adding a Defendant and seeking further relief. Thank you in advance for taking the time to read and consider this letter.

Sincerely,

*[signature]*

Charles P. Jones

cc: file

IMC Charles P. Jones
SBI# 00228192 UNIT T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 MAY 2006 PM 2 T



U.S. M.C.
X-RAY

Honorable Kent A. Jordan
Lockbox 10
844 King Street
Wilmington De. 19801

19801143213