IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES P. JONES,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )  Civ. No. 06-129-KAJ
                                           )
WARDEN THOMAS CARROLL, et al.,   )
                                           )
            Defendants.                    )

## ORDER

The plaintiff, proceeding *pro se*, moves the court to amend his complaint to add

a defendant and seek further relief. (D.I. 12). "A party may amend the party's pleading

once as a matter of course at any time before a responsive pleading is served." Fed.

R. Civ. P. 15(a). The parties have been served, but have not yet filed a responsive

pleading. Local Rule 15.1 provides, however, that "[a] party who moves to amend a

pleading shall attach the pleading as amended, and one copy, to the motion. D. Del.

LR 15.1. Plaintiff failed to provide the court with a copy of the amended complaint.

THEREFORE, the motion is **DENIED** without prejudice. Plaintiff is given leave to

file a new motion to amend, with an attached proposed amended complaint, as required

by this court's Local Rules. The motion with attached amended complaint shall be filed

within 30 days from the date of this order.

UNITED STATES DISTRICT JUDGE

DATED: 6/27/06