IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles P. Jones,<br>　　　Plaintiff,<br><br>　　v.<br><br>Thomas Carroll, David Pierce, David Holman, Alisha Profaci, Peter Forbes, and Joe Pomella,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-129 KAJ |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendants Thomas Carroll, Alisha Profaci, Peter Forbes, and Joe Pomella. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

　　　　　　　　　　　　　　　　　　　　**STATE OF DELAWARE**
　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF JUSTICE**

　　　　　　　　　　　　　　　　　　　　/s/ Ophelia M. Waters
　　　　　　　　　　　　　　　　　　　　Ophelia M. Waters, ID# 3879
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Carvel State Office Building
　　　　　　　　　　　　　　　　　　　　820 N. French Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　302-577-8400
　　　　　　　　　　　　　　　　　　　　ophelia.waters@state.de.us

　　　　　　　　　　　　　　　　　　　　Attorney for State Defendants

Dated: July 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on July 24, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Charles P. Jones; SBI # 00228197; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us