IN THE United States District Court
FOR THE District OF Delaware

Charles P. Jones,
Plaintiff
v.
Thomas Carroll, Alisha Profaci,
Peter Forbes, and Joe Pomella
Defendants

Civil Action No.
06-129-KAJ

Request Response For Motion For Appointment Of Counsel

1. Plaintiff filed a motion for appointment of Counsel Pursuant to 28 U.S.C. 1915(D)1.
2. Plaintiff motion was filed July 27, 2006 and is requesting an order.
3. There will be need to access records and conduct investigations not possible by plaintiff.
4. There is likelihood of substantial prejudice to plaintiff resulting from his inability without such assistance to present the facts and legal issues to the court in this complex, and arguably meritorious case.
5. Expert testimony will be needed.
6. Counsel is needed in order to properly prepare motions to amend.
7. There is credibility (whether or not a witness is telling the truth) which is most important and counsel will be needed to cross-examine.



FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

8. Due to this case involving medical issues, there are serious complex legal issues, which will not be properly presented minus appointment of counsel.

Plaintiff also uses the same claims in support of this request stated previously in original motion for counsel filed on July 22, 2006.

Wherefore, Plaintiff respectfully request and pray that Your Honor please appoint counsel in this case.

August 21, 2006
Date

Respectfully Submitted,

Charles A. Jones
#00228197
Delaware Corr. Center
Smyrna, Delaware
19977

## Certificate of Service

I, _Charles P. Jones_, hereby certify that I have served a true And correct cop(ies) of the attached: _Request Response for Motion For Appointment Of Counsel_ upon the following parties/person (s):

TO: _Ophelia Waters_
_Deputy Attorney General_
_820 N. French Street_
_Wilmington De._
_19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _21_ day of _August_, 200_6_



WILMINGTON DE 197

22 AUG 2006 PM 3 T

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street  Lock Box 18

Wilmington, Delaware    19801

I/M  Charles P. Jones

SBI#  228197    UNIT  T-2

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Case 1:06-cv-00129-SLR    Document 31    Filed 08/24/2006    Page 4 of 4