OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 24, 2006

TO:   Charles P. Jones
      SBI# 00228197
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

   *RE:   Status Letter; 06-129(KAJ)*

Dear Mr. Jones:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and your motion is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                           Sincerely,

/bad                       PETER T. DALLEO
                           CLERK

cc:   The Honorable Kent A. Jordan

IN THE United States District Court
FOR THE District of Delaware

Charles P. Jones,
Plaintiff
v.
Thomas Carroll, Alisha Profaci,
Peter Forbes, and Joe Pomella
Defendants

(31)

Civil Action No.
06-129-KAJ

Request Response For Motion For Appointment Of Counsel

1. Plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. 1915(e)1.
2. Plaintiff motion was filed July 27, 2006 and is requesting an order.
3. There will be need to access records and conduct investigations not possible by plaintiff.
4. There is likelihood of substantial prejudice to plaintiff resulting from his inability without such assistance to present the facts and legal issues to the court in this complex, and arguably meritorious case.
5. Expert testimony will be needed.
6. Counsel is needed in order to properly prepare motions to amend.
7. There is credibility (whether or not a witness is telling the truth) which is most important and counsel will be needed to cross-examine.



FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned