In the United States District Court
For the District of Delaware

Charles P. Jones
　　　Plaintiff

v.

Thomas Carroll, et al.,
　　　Defendants

Plaintiffs' First Request For Production of Documents

Civil Action No. 06-129-KAJ

Scanned- BO 9/18/06

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants Thomas Carroll, Peter Forbes, Alisha Profaci and Joe Romella produce for inspection and copying the following documents:

1. The complete prison records of inmate Anibal Melendez SBI # 00337929. All disciplinary write-ups, 404-incident reports, inmate grievances, and medical records including all mental health records and reports made outside of and within the Department of Correction.

2. All medical and mental health records of Plaintiff from the time of his incarceration in Delaware Correctional Center through and including the date of your response to this request.

3. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Wilfred Beckles, Department of Correction.

4. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Jaime Nieves Jr., Department of Correction.

5. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Joseph S. Simon, Department of Correction.

6. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Timothy Timmons, Department of Correction.

7. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Kevin Hopkins, Sr. Department of Correction.

8. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Joseph Ponella, Department of Correction.

9. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Monica Watson, Department of Correction.

10. all written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Derrick Washington, Department of Correction.

11. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Alisha Profaci, Department of Correction.

12. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Peter Forbes, Department of Correction.

13. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Raina Scott, Department of Correction.

14. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Anibal Melendez, inmate, Department of Correction.

15. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by George Davis, inmate, Department of Correction.

16. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Kent County Paramedics.

17. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Gloria Watson, Registered Nurse Correctional Medical Services.

18. Any and all photographs of Plaintiffs' injuries, originals or copies, identifiable as evidence to the incident on September 12, 2005

19. Any and all photographs of crime scene, originals or copies, identifiable as evidence to the incident on September 12, 2005

September 13, 2006
Date:

_____
Charles P. Jones
#00228197
Delaware Corr. Center
1181 Paddock Rd.
Smyrna, Delaware
19977

## Certificate of Service

I, *Charles P Jones*, hereby certify that I have served a true And correct cop(ies) of the attached: *Plaintiffs' First Request For Production of Documents* upon the following parties/person (s):

TO: *Clerk*
*Delaware District Court*
*Lock Box 18*
*844 King Street*
*Wilmington, Delaware 19801*

TO: _____

TO: *Ophelia M. Waters*
*Deputy Attorney General*
*820 North French Street*
*6th Floor*
*Wilmington, Delaware 19801*

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this *13th* day of *September*, 200*6*



I/M Charles P. Jones
SBI# 00228197 UNIT T-L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 SEP 2005 PM 2 L

Clerk
Delaware District Court
844 King Street LockBox 18
Wilmington Delaware
19801