TO: Ophelia M. Waters
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, De. 19801

Honorable Kent A. Jordan
Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, De. 19801

Honorable Mary Pat Thynge
United States Magistrate Judge
Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, De. 19801

FROM: Charles P. Jones, Plaintiff
#228197
Central Violation Center
P.O. Box 5003
Smyrna, De. 19977

RE: Notice of Change of Address;

Civil Action No.
06-129-KAJ

October 26, 2006

Dear Ophelia M. Waters, Esq.

I am writing to notify you that I Charles P. Jones, Plaintiff in the above Civil Action have just been moved to another institution today October 26, 2006 and I now notify and supply you with my new address, Central Violation Center, P.O. Box 5003, Smyrna, De. 19977 I have also forwarded a copy of this notice to the Honorable Judge Kent A. Jordan, and the Honorable Mary Pat Thynge. Therefore, I respectfully request that you please forward any and all documents relating to this Civil Action to my present housing facility, Thank you.

Respectfully,
Charles P. Jones
Charles P. Jones

## Certificate of Service

I, *Charles P. Jones*, hereby certify that I have served a true and correct cop(ies) of the attached: *Change of Address Notice* upon the following parties/person(s):

TO: *Ophelia M. Waters*
*Deputy Attorney General*
*820 N. French Street*
*6th Floor*
*Wilmington, De. 19801*

TO: *Honorable Mary Pat Thynge*
*Lock Box 18*
*844 King Street*
*U.S. Court House*
*Wilmington, De. 19801*

TO: *Honorable Kent A. Jordan*
*Lock Box 18*
*844 King Street*
*U.S. Court House*
*Wilmington, De. 19801*

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the ~~[redacted]~~, Smyrna, DE 19977.
*Central Violation Center*

On this *26* day of *October*, 200*6*.

I/M Charles P. Jones

SBI# 00228197 UNIT Pod 6 bunk 619

CENTRAL VIOLATION CENTER

P.O. BOX 5003

SMYRNA, DELAWARE 19977-5003

C1101

Clerk
U.S. Court House
Lock Box 18
844 King Street
Wilmington De. 19801

" Legal Mail) "