IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles P. Jones, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-129 KAJ |
| Thomas Carroll, David Pierce, David | ) | |
| Holman, Alisha Profaci, Peter Forbes, and | ) | |
| Joe Pomella, | ) | |
|     Defendants. | | |

## NOTICE OF SERVICE

The undersigned certifies that on November 14, 2006, she caused the *State Defendants' Production of Documents D1 to D798* to be delivered to the following persons in the form and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Charles P. Jones, Inmate
SBI No.: 228197
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE   19977

                                                    **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                    _____/s/ Ophelia M. Waters_____
                                                    Ophelia M. Waters, I.D. #3879
                                                    Deputy Attorney General
                                                    Carvel State Building
                                                    820 N. French Street, 6th floor
                                                    Wilmington, DE  19801
                                                    Ophelia.Waters@state.de.us
                                                    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I have mailed by United States Postal Service, the *State Defendants Production of Documents D1 – D798* to the following:

Charles P. Jones, Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, 19977.

                                                     STATE OF DELAWARE
                                                    DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us