IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Delaware

Charles P. Jones
Plaintiff

v.

Thomas Carroll, et. al.,
Defendants

Civil Action No.
06-129-KAJ

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO Compel
_____

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, and based on the Defendants Rule 26 Initial Disclosures Plaintiff filed a Request For Production of documents on September 13, 2006 (Please see attached exhibits) And to this day defendants have failed to turn over any of the documents requested by Plaintiff. Wherefore, Plaintiff Respectfully Request that Your Honor please issue an order compelling the defendants to turn over all requested documents within 5 working days.

November 3, 2006
Date

Respectfully Submitted,

Charles P. Jones
Charles P. Jones
#228197
C-top, P.O. Box 5003
Smyrna, De. 19977

