In the United States District Court
For the District of Delaware

Charles P. Jones
 Plaintiff

v.

Thomas Carroll, et al.,
 Defendants

Plaintiff's First Request for Production of Documents

Civil Action No. 06-129-KAJ

FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants Thomas Carroll, Peter Forbes, Alisha Profaci and Joe Romella produce for inspection and copying the following documents:

1. The complete prison records of inmate Anibal Melendez SBI #00337929. All disciplinary write-ups, 404-incident reports, inmate grievances, and medical records including all Mental Health Records and Reports made outside of and within the Department of Correction.

2. All medical and mental health records of Plaintiff from the time of his incarceration in Delaware Correctional Center through and including the date of your response to this request.

3. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 200: made by Wilfred Beckles, Department of Correction.

4. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Jaime Nieves Jr., Department of Correction.

5. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Joseph S. Simon, Department of Correction.

6. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Timothy Timmons, Department of Correction.

7. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Kevin Hopkins, Sr. Department of Correction.

8. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Joseph Ponella, Department of Correction.

9. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Monica Watson, Department of Correction.

10. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Derrick Washington, Department of Correction.

11. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Alisha Profaci, Department of Correction.

12. All written and/or verbal statements, originals or copies identifiable as reports about the incident on September 12, 2005 made by Peter Forbes, Department of Correction.

13. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Raina Scott, Department of Correction.

14. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Anibal Melendez, inmate, Department of Correction.

15. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by George Davis, inmate, Department of Correction.

16. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Kent County Paramedics.

17. All written and/or verbal statements, originals or copies, identifiable as reports about the incident on September 12, 2005 made by Gloria Watson, Registered Nurse Correctional Medical Services.

## Certificate of Service

I, Charles P. Jones, hereby certify that I have served a true And correct cop(ies) of the attached: Plaintiffs' First Request For Production of Documents upon the following parties/person (s):

TO: Clerk
Delaware District Court
Lock Box 18
844 King Street
Wilmington, Delaware 19801

TO: Ophelia M. Waters
Deputy Attorney General
820 North French Street
6th Floor
Wilmington, Delaware 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 13th day of September, 2006.