OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 17, 2006

To: Charles P. Jones  
SBI# 228197  
Central Violation Center  
P.O. Box 5003  
Smyrna, DE 19977

**RE: Motion to Compel and Certificate of Service for Motion To Appoint Counsel; Civ. No. 06-129 KAJ.**

Dear Mr. Jones:

Documents have been presented for filing in the above noted case which do not conform to **Rule 4 of the Federal Rules of Civil Procedure.** In order for your Motion to Compel to be acceptable for filing, it must be served upon opposing parties or their counsel, when represented by counsel, and a **certificate of service must accompany the document as proof of service.** When returning corrected documents for filing, please return a copy of this letter.

The Clerk's office is also in receipt of an item which you have presented for filing labeled, "Certificate of Service for Motion to Appoint Counsel." This item is being returned to you. As of November 16, 2006, the Clerk's office has not received a Motion to Appoint Counsel by you. Therefore, we would not need a Certificate of Service for an item that has not yet been filed with the Court.

Peter T. Dalleo  
Clerk

/rpg  
cc: The Honorable Kent A. Jordan  
enc: Rule 4 of Federal Rules of Civil Procedure; Cert. Of Serv.