In the United States District Court
For the District of Delaware

Charles P. Jones
 Plaintiff

v.

Thomas Carroll, et. al,
 Defendants

Civil Action No.
06-129-KAJ



BD scanned

FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Appointment Of Counsel

Pursuant to 28 U.S.C. 1915(D) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion Plaintiff states the following:

1. Plaintiff is unable to afford counsel.

2. Plaintiff is now housed at New Level 4 facility, C-VOP, P.O. Box 5003, Smyrna, De. 19977, and there is no Law Library and no Paralegal service which puts Plaintiff at a great disadvantage in litigating this case.

3. A trial in this case will likely involve conflicting testimony and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Expert testimony will be needed and not possible by Plaintiff to obtain minus Counsel.

5. There will be need to access records and conduct investigations not possible by Plaintiff.

6. Counsel is needed in order to properly prepare motions to Amend Complaint.

7. There is credibility (whether or not a witness is telling the truth) which is most important and Counsel will be needed to cross-examine.

When looking at the factors delineated in Tabron to determine whether appointment of Counsel is appropriate Plaintiff clearly fit several of these factors. Wherefore, Plaintiff prays and respectfully request that Your Honor please appoint Counsel in this case.

November 3, 2006
Date

Respectfully Submitted,
Charles R. Jones
Charles R. Jones
#228197
C-YOP, P.O. Box 5003
Smyrna, De. 19977

Certificate of Service

I, Charles P. Jones, hereby certify that I have served a true and correct copy(ies) of the attached: Motion for Appointment of Counsel upon the following parties/person(s):

TO: Clerk
Delaware District Court
Lock Box 18
844 King Street
Wilmington, De. 19801

TO: Ophelia M. Waters
Deputy Attorney General
820 North French Street
6th Floor
Wilmington, De. 19801

By placing same in a sealed envelope, and depositing same in the United States Mail at the C-VOP, P.O. Box 5003, Smyrna, De. 19977.

On this 3rd, day of November, 2006

