TO: Ophelia M. Waters
Deputy Attorney General
820 N. French Street
6th Floor
Wilmington, De. 19977

Clerk
Delaware District Court
Lock Box 18
844 King Street
Wilmington De. 19801

FROM: Charles P. Jones, Plaintiff
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

Civil Action No.
06-129-KAJ

**FILED**
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

RE: Change of Address;

Dear Ms. Waters/Clerk of District Court,

I am writing to inform both Ms. Waters, Esq. Attorney for Defendants, and the Clerk of Delaware District Court that I am currently at a new address again. I am now housed back at the Delaware Corr. Center, 1181 Paddock Rd., Smyrna, De. 19977. So may you please send all correspondence relevant to this case here. Thank you.

Sincerely,
Charles P. Jones

I hereby Certify under Penalty of perjury that I Charles P. Jones have forwarded a Copy of the attached letter of notice for Change of address to the following person(s) parties on this 21, day of November 2006.

Charles P. Jones
#00228197
D.C.C
1181 Paddock Rd.
Smyrna, DE. 19977

I/M Charles P. Jones
SBI# 00228192 UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 NOV 2006 PM 3 L

Clerk
Delaware District Court
Lock Box 18
844 King Street
Wilmington, De, 19801

"Legal Mail"