IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES P. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-129-*** |
| | ) |
| THOMAS CARROLL, ALISHA PROFACI, | ) |
| PETER FORBES and JOE POMELLA, | ) |
| | ) |
| Defendants. | ) |

### AMENDED MEMORANDUM ORDER

The Memorandum Order dated January 8, 2007 (D. I. 50) is hereby modified as follows:

Jones's Renewed Motions to Appoint Counsel (D.I. 45, 48) are DENIED with leave to refile..

_____
UNITED STATES MAGISTRATE JUDGE

January 8, 2007