## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CHARLES P. JONES,                          :
                                           :
                    Plaintiff,             :
                                           :
          v.                               :    Civil Action No. 06-129-***
                                           :
THOMAS CARROLL, et al.,                    :
                                           :
                    Defendants.            :

## <u>ORDER</u>

At Wilmington this **31st** day of **January, 2007**,

A teleconference with plaintiff and defense counsel participating occurred on January 31, 2007.  As a result of that teleconference,

IT IS ORDERED that the pretrial due date, pretrial and trial dates (D.I. 29, ¶ 11-14) are cancelled.  All remaining dates in the Scheduling Order of August 22, 2006 remain in effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE