IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles P. Jones,<br>　　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | ) |
| | )　　Civil Action No. 06-129 *** |
| Thomas Carroll, et al,<br>　　　　Defendants. | )<br>) |

### DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF

Defendants, by undersigned counsel, hereby move for leave of Court pursuant to Federal Rule Civil Procedure 30(a)(2) and Local Rule 30.1 to take the deposition Charles Jones, by oral examination, who is confined in the Delaware Correctional Center, Smyrna, Delaware in order for Defendants to obtain discovery regarding matters relevant to their defense.

Since the plaintiff in this action is an unrepresented prisoner incarcerated in the Delaware Correctional Center, and is unable to be reached by telephone and other contact is impractical, counsel has spent no time attempting to reach an agreement on the subject of the motion.

WHEREFORE, Defendants respectfully requests that the deposition by oral examination of Charles Jones be taken on Tuesday, February 20, 2007 at 10:00 AM at the Delaware Correctional Center, Smyrna, Delaware and same be taken before a person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means.

                                          **STATE OF DELAWARE**
                                          **DEPARTMENT OF JUSTICE**

                                          ___/s/ Ophelia M. Waters____
                                          Ophelia M. Waters, I.D. #3879
                                          Deputy Attorney General
                                          Carvel State Building
                                          820 N. French Street, 6th Floor
                                          Wilmington, DE 19801
                                          (302) 577-8400

Dated: February 2, 2007

        SO ORDERED this _____ day of February, 2007.

                                          _____
                                          United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Charles P. Jones, ) | |
|     Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-129 *** |
| Thomas Carroll, et al, ) | |
|     Defendants. | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Charles P. Jones is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Ophelia M. Waters
    Ophelia M. Waters, I.D. No. 3879
    Deputy Attorney General
    Carvel State Office Building
    820 North French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    ophelia.waters@state.de.us
Dated: February 2, 2007    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, the undersigned caused the attached *Defendants' Motion For Leave to Depose Plaintiff* to be filed with the Clerk of Court using CM/ECF and delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Charles P. Jones, Inmate
SBI # 00228197
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No: 3879
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us