IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Charles P. Jones,                     )
      Plaintiff,                )
                                )
                                )
  v.                              )
                                )   Civil Action No. 06-129 ***
Thomas Carroll, et al,                )
      Defendants.

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on February 20, 2007 Defendant's counsel will take the oral deposition of Charles P. Jones at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19947 at 10:00 am before a notary public or person authorized to administer oaths. The deposition will be recorded by stenographic means.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                ___/s/ Ophelia M. Waters____
                Ophelia M. Waters, (I.D. # 3879)
                Deputy Attorney General
                820 North French Street, 6th Floor
                Carvel State Building
                Wilmington, DE 19801
                (302) 577-8400
                ophelia.waters@state.de.us

February 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on February 6, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Charles P. Jones, SBI No.:  00228197, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE  19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters_
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us