IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES P. JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-129-*** |
| THOMAS CARROLL, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **29th** day of **March, 2007**,

IT IS ORDERED that defendants shall provide the Court with a response to plaintiff's most recent Motion for Appointment of Counsel (D.I. 56) on or before **April 20, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE