To:     Clerk of Delaware District Court
        U.S Court House
        Lock Box 18
        844 King Street
        Wilmington, Delaware, 19801

To:     Ophelia M. Waters
        820 N. French Street, 6th. Floor
        Deputy Attorney General
        Willington, Delaware 19801

From: Charles P. Jones
        20 South John Street, Apt. # 2
        Newport, Delaware 19804



RE:     Notice Of Change Of Address & Contact Number In Case No. 06-129***;

Date: April 18, 2007

Dear Ms. Ophelia M. Waters, Eqs. & Delaware District Court Clerk,

     I am writing to inform both the Delaware District Court and defendants Attorney Ms. Ophelia M. Waters that as of this 18th. Day of April, 2007 I have been released from the custody of the Department Of Corrections. And I may now be contacted at the following address and contact number: 20 SOUTH JOHN STREET, APT. # 2, NEWPORT, DELAWARE 19804, CONTACT NO. (302) 444-2576

DATE: April 18, 2007

SINCERELY,

CHARLES P. JONES

Cc: file
     Clerk of Delaware District court
     Deputy Attorney General Ophelia M. Waters

## Certificate of Service

I, Charles P. Jones ,hereby certify that I have served a true And correct cop(ies) of the attached: Notice of Change of Address ;Contact Number upon the following parties/person (s):

TO: Ophelia M. Waters
820 N. French Street
6th Floor
Wilmington, Delaware
19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 18th day of April ,2007

From:
Charles P. Jones
20 South John Street
Apt. #2
Newport, Delaware 19804

RETURN RECEIPT REQUESTED

Clerk of Delaware District Court
U.S. Court House Lockbox 18
844 King Street
Wilmington, Delaware 19801

"Legal Mail"

U.S. POSTAGE PAID
WILMINGTON, DE
19805
APR 18, '07
AMOUNT
$4.64
00062260-14