IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES P. JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-129-*** |
| THOMAS CARROLL, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this **1st** day of **May, 2007.**

On November 16, 2007, plaintiff filed a motion to compel (D.I. 42). Although the motion filed is not consistent with the requirements of paragraph 3(e) of the scheduling order (D.I. 29) entered August 22, 2006, the court will consider plaintiff's request. Therefore,

IT IS ORDERED that defendants have until May 15, 2007 in which to respond to plaintiff's motion.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE