## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES P. JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-129-*** |
| THOMAS CARROLL, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this **1st** day of **May, 2007.**

IT IS ORDERED that the mediation conference scheduled for Thursday, May 24, 2007 at 10:00 a.m. with Judge Thynge is canceled. Therefore, the parties are not required to file any mediation statements with the Court.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE