

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

May 1, 2007

New Castle County - Civil Division

[via electronic delivery]

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:    Charles P. Jones v. Carroll, et al
             C.A. No. 06-129***

Dear Judge Thynge:

    In the light of my telephone discussion with Mr. Jones today confirming receipt of the appropriate discovery documents requested and mailed to him on November 14, 2006 (D.I. 41), and his agreement that no further issues concerning the requested documents remain, I am requesting that the Court excuse any further response by State Defendants to plaintiff's motion to compel. (D.I. 42).

    As always, I thank Your Honor for consideration in this matter, and I remain available at the Court's convenience.

                                                    Respectfully,

                                                    /s/ Ophelia M. Waters
                                                    Ophelia M. Waters (Atty No.: 3879)
                                                    Deputy Attorney General

OMW/vd

cc:    Clerk of Court
        Charles P. Jones

I:\Waters, Ophelia\Correspondence\Thynge.ltr0501.wpd