IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES P. JONES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-129-*** |
| THOMAS CARROLL, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this **2ⁿᵈ** day of **May, 2007.**

A teleconference was held on May 1, 2007 regarding plaintiff's motion to compel (D.I. 42) and plaintiff's motion for appointment of counsel (D.I. 56). As a result of the discussions with plaintiff and defense counsel,

IT IS ORDERED that based on the representations by plaintiff during the teleconference, his motion to compel is moot. No further response is required of defendant.

IT IS FURTHER ORDERED that plaintiff may supplement his motion for appointment of counsel **by letter** on or before **May 21, 2007.**

IT IS FURTHER ORDERED that the due date for dispositive motions is modified as follows:

The filing of case dispositive motions with the opening brief, exhibits and affidavits, if any is due on or before **July 17, 2007.** The answering brief with exhibits and affidavits, if any, is due on or before **August 17, 2007.** The reply brief

with exhibits and affidavits, if any, is due on or before **August 31, 2007.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE