Charles P Jones
20 South John St.
Apt. #2
Newport, DE 19804
302-444-2576



Mary Pat Thynge, Magistrate Judge
U.S. District Court
Lockbox 18
Wilmington, DE 19801

RE: Response to May 2, 2007 order;
    Civil Action No. 06-129-KAJ

May 14, 2007

Dear Judge Mary Pat. Thynge,

Plaintiff is still being treated for anxiety and severe depression by doctors at OSAMH Community Mental Health Center and I am still currently on medications that are sedating among other things, (Prozac and Remeron). Also see attached documents. I have only a 9th grade education and my reading and writing is minimal. I am unemployed but am trying to find employment

even with injury to try to support myself and to pay child support payments. Plaintiff is currently at a great disadvantage now without the help of Law Trained Paralegals at the Prison. And as also stated in our last Tele Conference on May 1, 2007 I also do not know how to research nor interpret the law and therefore, I respectfully request and pray that Your Honor will grant Plaintiff's pending motion for Appointment of Counsel.

Sincerely,
Charles [signature]

I, Charles P. Jones hereby declare that I have served the following person(s) with a true and correct copy of the attached <u>Letter of Response</u>:

TO: Ophelia M. Waters
Deputy Attorney General
Carvel State Building, 6th Floor
820 N. French Street
Wilmington, De. 19801


on this 14th, day of May, 2007

Charles P. Jones

Charles P Jones
10 South John ST.
Apt. #2
Newport De. 19804

WILMINGTON DE 197
15 MAY 2007 PM 2 L

Clerk
U.S. Court House
Lock Box 18
Delaware District Court
Wilmington De. 19801