Jones V. Caroll et al
Honorable Mary Pat Thynge
Case # 1:06-CV-00129

Your Honor,

I request a mediation hearing in the above referenced case (as soon as possible)... due to my deteriorating medical condition resulting from injuries sustained described in my complaint and due to the lack of activity on the case. Because I am still proceeding Pro-se I am in need of the Courts guidance in attempts to resolve or forward the case.

I have had continual conversations with Ms. Ophelia Waters regarding the status of proceedings. She last indicated to me (and my Pastor) that there were some "deadlines" coming up. I am unclear as to what these deadlines are. Please schedule a mediation as the court would deem appropriate. In conclusion, please make me aware of any paperwork, exhibits or other info. I would need to bring.

6-19-2007

Respectfully Submitted

*[signature]*
Plaintiff

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 19th day of June 2007, upon the following in the manner indicated:

**By Mail**

Ophelia M. Waters
Department of Justice
State of Delaware
820 W. French St.
Carvel State Office Bldg.
Wilmington, Delaware
19801

*[signature]*
Plaintiff
20 S. John St.
Apt # 2
Newport, Delaware