IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Charles P. Jones, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-129*** |
| Thomas Carroll, et al | ) | |
|     Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, by and through their undersigned counsel, hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure Rule 56 (c) to enter judgment as a matter of law. To support their Motion, Defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        _____/s/ Ophelia M. Waters_
        Ophelia M. Waters
        Deputy Attorney General
        I.D. No. 3879
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302) 577-8400

        Attorney for State Defendants

DATE: July 17, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles P. Jones,    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>)  Civil Action No. 06-129*** |
| Thomas Carroll, et al    Defendants. | )<br>)<br>) |

## ORDER

AND NOW, this _____ day of _____, 2007, the Motion for Summary Judgment filed by state defendants in the above-captioned matter having been duly considered, and any opposition thereto, is granted; and,

IT IS ORDERED that plaintiff's claims against Defendants Carroll, Forbes, Profaci and Pomella be dismissed, with prejudice.

 

_____
Judge United States District Court

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on or before July 17, 2007, she caused The State Defendants' Motion for Summary Judgment to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Charles P. Jones, *pro se*
20 South John Street
Newport, Delaware 19804

**MANNER OF DELIVERY:**

__X__   Two true copies by first class mail, postage prepaid, to Tyrone Guinn.

                                              /s/ Ophelia M. Waters
                                          Ophelia M. Waters, ID #3879
                                          Deputy Attorney General
                                          Carvel State Office Building
                                          820 N. French Street, 6th Floor
                                          Wilmington, DE 19801
                                          (302) 577-8400