IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Charles P. Jones, )
    Plaintiff, )
 )
 )
v. )
 ) Civil Action No. 06-129***
Thomas Carroll, et al )
    Defendants. )

### PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

The plaintiff, pro-se submits the following as response to Defendants Motion for Summary Judgment and moves this Honorable Court deny said motion.

Respectfully Submitted
*Charles Jones*
20 South John St.
Apt. #2
Newport, DE. 19804
302-668-2193

## Certificate of Service

I, _Charles P Jones_, hereby certify that I have served a true And correct cop(ies) of the attached: _Response To Defendants Motion for Summary Judgment_ upon the following parties/person (s):

TO: _Ophelia M Waters_
_Deputy Attorney General_
_820 N. French St_
_6th Floor_
_Wilmington, De 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States

On this _1st_ day of _August_, 200_7_