IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Charles P. Jones,  )
    Plaintiff,  )
  )
  )
v.  )
  )  Civil Action No. 06-129***
Thomas Carroll, et al  )
    Defendants,  )

PLAINTIFF MEMORANDUM IN SUPPORT OF THE MOTION FOR DENIAL OF SUMMARY JUDGMENT

The plaintiff Charles P. Jones, moves this Honorable court deny Defendants motion for summary judgment and allow Plaintiff to continue pursuit of his rights under law with respect to his injury, state liability and all relief appropriate under the law and submits the following responses.

1. It is admitted that the Plaintiff a 35 year old former inmate, residing at 20 S. John Street Apt. 2, Newport, Delaware 19804.

2. It is also admitted that plaintiff testified regarding an "altercation" taking place between he and another inmate (Anibal Melendez).

3. It is disputed that Plaintiff ever testified that he "beat up" Anibal Melendez.

4. The fact that the defendants present evidence "supporting" plaintiff claim of his "notice" to department officials that there was an altercation between he (plaintiff) and inmate Melendez "proves" defendants responsibility and liability.

5. Rules of procedure and classification within the Department of Corrections prohibited plaintiff from being housed in the area where the assault took place.

6. The D.O.C failure to move plaintiff despite classification procedure and security procedures was neglectful and placed plaintiff in dangerous and harmful situation.

7. Plaintiff answer honestly at deposition with respect to exhaustion of grievance process.

8. It was plaintiffs "belief" at the time that the grievance procedure was not a remedy in "this situation"

9. Inmate Melendez had already been determined by the department to have severe "mental-issues" and was being treated for the issues at the time of the assault.

10. The Department failed to protect the plaintiffs' health despite its knowledge of prior incidents and housing errors.

Where the plaintiff requests this Honorable Court deny Defendants Motion for Summary Judgment.

8-1-2007

Respectfully Submitted
*[signature]*
20 South John St.
Apt #2
Newport DE 19804
302-668-2193

## Certificate of Service

I, *Charles P. Jones*, hereby certify that I have served a true And correct cop(ies) of the attached: *Response to Defendants Motion for Summary Judgement* upon the following parties/person (s):

TO: *Ophelia M Waters*
*Deputy Attorney General*
*820 N. French St*
*6th Floor*
*Wilmington, DE 19801*

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States

On this **1ST** day of **August**, 200**7**