## IN THE UNITED STATES DISTRICT COURT
## OF THE STATE OF DELAWARE

CHARLES P. JONES,                )
          Plaintiff,              )    CASE NO.  06-129 SLR
                              )
          v.                    )
                              )
WARDEN THOMAS CARROLL, DEPUTY    )
WARDEN DAVID PIERCE, MAJOR       )
SECURITY CHIEF DAVID HOLEMAN,    )
STAFF LT. ALISHA PROFACI, LT.    )
PETER FORBES, and C/O JOE POMELLA, )
          Defendants.            )

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jeffrey K. Martin, Esq. and Timothy J. Wilson, Esq.

as attorneys for the plaintiff, Charles P. Jones.

**MARTIN & WILSON, P.A.**

/s/ Jeffrey K. Martin  #2407
**JEFFREY K. MARTIN, ESQUIRE**
DE Bar I.D. No.  2407
**TIMOTHY J. WILSON, ESQUIRE**
DE Bar I.D. No. 4323
1508 Pennsylvania Avenue
Wilmington, DE  19806
(302)  777-4681
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES P. JONES, | ) | |
| Plaintiff, | ) | CASE NO.  06-129 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN THOMAS CARROLL, DEPUTY | ) | |
| WARDEN DAVID PIERCE, MAJOR | ) | |
| SECURITY CHIEF DAVID HOLEMAN, | ) | |
| STAFF LT. ALISHA PROFACI, LT. | ) | |
| PETER FORBES, and C/O JOE POMELLA, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, JEFFREY K. MARTIN, ESQUIRE, hereby certify that I have E-filed the above

documents via LexisNexis File and Serve on this 3rd day of March 2008.

Ophelia Michelle Waters
Department of Justice
State of Delaware
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE  19801

**MARTIN & WILSON, P.A.**

/s/ Jeffrey K. Martin  #2407
**JEFFREY K. MARTIN, ESQUIRE**
DE Bar I.D. No.:  2407
1508 Pennsylvania Avenue
Wilmington, DE  19806
Attorney for Defendants