IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES P. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-129-SLR |
| | ) |
| WARDEN THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 5th day of March 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. State defendants' motion for summary judgment (D.I. 67) is **granted**.

2. The clerk of the court is directed to enter judgment in favor of defendants and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE