IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHARLES P. JONES, )
)
    Plaintiff, )
)
v. ) Civ. No. 06-129-SLR
)
WARDEN THOMAS CARROLL, et al. )
)
    Defendants. )

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 5, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Warden Thomas Carroll, Alisha Profaci, Staff Lt. Peter Forbes, and Correctional Officer Joseph Pomella and against plaintiff Charles P. Jones.

_____
United States District Judge

Dated: March 7, 2007

_____
(By) Deputy Clerk