

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

Email: jmartin@martinandwilson.com

April 17, 2008

The Honorable Sue L. Robinson
United States District Court
844 North King Street, Lock Box 31
Wilmington, DE 19801

    RE:    **Charles Jones v. Warden Thomas Carroll, et al.**
            **C.A. No. 06-129 SLR**

Dear Judge Robinson:

    On March 19, 2008, Plaintiff in the above-captioned case filed a Motion for Reargument on the Court's March 5, 2005 Memorandum Opinion which granted summary judgment on Defendant's behalf. Defendant has since failed to submit a response to that Motion. Because this Motion is unopposed, Plaintiff respectfully requests that the Court grant his Motion.

    As always, I am available at the Court's convenience if Your Honor has any questions or concerns.

                                                Respectfully submitted,

                                              JEFFREY K. MARTIN

JKM/lmm
Enclosure
cc:    Ophelia Michelle Waters, Esq.