IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-129-SLR |
| | ) |
| WARDEN THOMAS CARROLL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of August, 2008, having reviewed plaintiff's motion for reargument;

IT IS ORDERED that said motion (D.I. 76) is granted, based on the fact that plaintiff is now represented by counsel who has garnered more facts for the court's review.[1] Given that the court will be reconsidering its decision to grant defendants' motion for summary judgment (D.I. 67) on the grounds of failure to exhaust administrative remedies, the court may need to also address the remainder of the grounds asserted by defendants in their motion. Therefore,

IT IS FURTHER ORDERED that, on or before **September 15, 2008,** counsel for plaintiff may supplement the papers filed by plaintiff in opposition to defendants' motion

---

[1] I note for plaintiff's benefit that a motion for reargument is a matter left to the discretion of the court. The fact that defendants did not respond to the motion has no bearing whatsoever on whether the court believes it appropriate to reconsider its prior ruling. (D.I. 77)

for summary judgment. Defendants may file responsive papers on or before **October 6, 2008.**

_____
United States District Judge